STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JENNIFER LEE TARN, CBSN 240609
Special Assistant United States Attorney
Social Security Administration
1600 Spear Street, 8th Floor
San Francisco, California 94105
Telephone: (415) 977-8825
Facsimile: (415) 744-0134
E-mail:  Jennifer.Tarn@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MARIANELLA MEDINA DE ROJAS, | Case No.: 5:14-cv-01424-JVS-JPR |
| Plaintiff, | **JUDGMENT OF REMAND** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: February 5, 2015

*[signature]*

HONONRABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE